Nos. 3566.—Merino, etc., apldo., v. Automobile Fire Ins. Co., aplte., 3567, Merino, etc., apdo., v. American Ins. Co., aplte.; 3568, Merino, etc., apdo., v. Camden Fire Ins. Co., aplte.—Cobro de póliza de seguro. Marzo 16, 1925. Declarada sin lugar la moción para desestimar la apelación, resolviéndose por los fundamentos del caso No. 3565 de *Merino, Sucesor de R. Seijo* v. *City of New York Fire Ins. Co.,* de marzo 16, 1925.

No. 3422.—Porto Rico Fertilizer Co., aplte., v. Gandía, apdo.—C. D. San Juan, Disto. 1º. Mar. 19, 1925. Cobro de lo indebido. Vistos los razonamientos del caso de *Gandía* v. *Corte de Distrito de San Juan,* 31 D.P.R. 146: Apareciendo que cuando se cobró la cantidad a que se refiere la demanda ya había sido dictada la sentencia de este tribunal de julio 3, 1922, que confirmó la sentencia de la corte de distrito de 28 de octubre 1920 ordenando el pago de dicha cantidad, se declaró sin lugar el recurso y se confirmó la sentencia.

No. 2474.—Gandía, apdo., v. Porto Rico Fertilizer Company, aplte.—C. D. San Juan, Sección 1ª. Mar. 19, 1925. Cobro de dividendos. Visto el mandato expedido por la Corte de Circuito de Apelaciones para el Primer Circuito de los Estados Unidos en 14 de febrero 1925 en el caso arriba expresado y recibido en este tribunal el día 23 de febrero de 1925, se confirma la sentencia dictada por la Corte de Distrito de San Juan, Sección Primera en 28 de octubre 1920 en el referido caso; *debiendo* remitirse copia certificada del mandato a la corte inferior a los fines procedentes.

No. 3517. — Andrades, aplte., v. Andrades, apdo. — C. D. San Juan, Disto. 1º. Mar. 30, 1925. Nulidad de expediente de dominio. Siendo la única cuestión resuelta por la corte inferior o necesariamente envuelta en esta apelación una de hecho y no apareciendo que se haya cometido error alguno tan manifiesto que requiera la revocación, se confirmó la sentencia apelada.